**Order entered April 30, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01079-CV

### ANNE JANAI AND NEBO & FINCH, INC., Appellants

### V.

### SANFORD ROSE ASSOCIATES INTERNATIONAL, INC., Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-05695-2016**

## ORDER

Before the Court is appellants' April 26, 2019 unopposed motion to the extend time to file their reply brief. We **GRANT** the motion and **ORDER** the brief be filed no later than May 29, 2019.

/s/    KEN MOLBERG
        JUSTICE